UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **LEONARD P. LEBLANC, ET AL.** | * | **CIVIL ACTION NO. 6:16-0283** |
| **VERSUS** | * | **JUDGE FOOTE** |
| **DAROL DEJUAN STONEHAM, ET AL.** | * | **MAGISTRATE JUDGE HANNA** |

### ORDER

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Remand [rec. doc. 7] is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff's request for costs, expenses and attorney's fees is **DENIED**.

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this __25th__ day of July, 2016.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE